T. IRWIN v. STATE.
No. A-1623. Opinion Filed November 19, 1912.
Appeal from Major County Court;
F. W. Madison, Judge.

Jno. V. Roberts, for plaintiff in error.

Chas. West, Atty. Gen., Smith C. Matson, Asst. Atty. Gen., and C. J. Davenport, for the State.

PER CURIAM. T. Irwin was convicted of a violation of the prohibition law, and was on the 20th day of October, 1911, sentenced to be confined in the county jail for thirty days and to pay a fine of fifty dollars. From this judgment an appeal was attempted to be taken by filing in this court a petition in error with case-made on February 24, 1912. This is more than one hundred and twenty days from the rendition of the judgment. For this reason the Attorney General has filed a motion to dismiss, which motion is hereby sustained and the purported appeal is hereby dismissed, and the case remanded to the county court of Major county, with direction to enforce its judgment and sentence therein.

MRS. LUTHER LAIL v. STATE.
No. A-1612. Opinion Filed November 19, 1912.
Appeal from Garvin County Court;
W. B. M. Mitchell, Judge.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Mrs. Luther Lail was convicted of conducting a house of ill fame and was, on October 14, 1911, sentenced to pay a fine of one hundred dollars and stand committed until such fine is paid. From this judgment an appeal was attempted to be taken by filing in this court on May 29, 1912, a transcript of the proceedings had. No petition in error has been filed in this case and it is apparent that the appeal was not taken in time. This court not having acquired jurisdiction, the appeal on the motion of the Attorney General is hereby dismissed and the cause remanded to the county court of Garvin county with direction to enforce its judgment and sentence therein.